No. 559. HARRISONVILLE v. W. S. DICKEY CLAY MFG. Co. January 23, 1933. Petition for writ of certiorari to the

Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Raymond G. Barnett* for petitioner. *Mr. Maurice H. Winger* for respondent.